No. 14–0660/AR. U.S. v. Michael C. Budka. CCA 20120435. Appellant's motion to extend time to file a brief granted to December 1, 2014.

No. 15–0178/MC. U.S. v. Marco A. Hernandez. CCA 201300313. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 11, 2014.

No. 15–0179/AR. U.S. v. John J. Rodriguez. CCA 20120311. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 11, 2014.

No. 15–0180/AF. U.S. v. Glenn J. Little. CCA 38338. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 11, 2014.

